# United States District Court
## for the
## Western District of New York



United States of America

v.

Case No. 20-MJ- 4023

JOSHUA SATTORA & REBECCA WOODIN
*Defendants*

## CRIMINAL COMPLAINT

I, <u>Ryan Green, Special Agent with Homeland Security Investigations,</u> the complainant in this case, state that the following is true to the best of my knowledge and belief:

Between or about December 26, 2017, through and including August 13, 2018, in the Western District of New York, the defendants **JOSHUA SATTORA AND REBECCA WOODIN** violated Title 18 U.S.C. §§ 2251(a), 2252A(a)(2)(A), and 2252A(a)(5)(B) and (b)(2), offenses described as follows:

The defendants did knowingly employ, use, persuade, induce, entice or coerce a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, which visual depictions were produced using materials that had been mailed, shipped or transported in or affecting interstate or foreign commerce, in violation of Title 18, United States Code, Section 2251(a); and

The defendants did knowingly receive, distribute, and possess child pornography involving prepubescent minors that had been shipped or transported using any means or facility of interstate or foreign commerce or had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(2)(A) and Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

This Criminal Complaint is based on these facts:

**SEE ATTACHED AFFIDAVIT OF RYAN GREEN, S.A., H.S.I.**

☒ Continued on the attached sheet.

_____
*Complainant's signature*

RYAN GREEN, S.A., H.S.I.
*Printed name and title*

Sworn to before me and signed in my presence.

Date: January 27, 2019

_____
*Judge's signature*

City and State: Rochester, New York

MARIAN W. PAYSON, United States Magistrate Judge
*Printed name and title*

20-mg-4023

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

STATE OF NEW YORK   )
COUNTY OF MONROE  )   SS:
CITY OF ROCHESTER  )

Ryan W. Green, being duly sworn, deposes and states:

1. I have been employed as a Special Agent (SA) with Homeland Security Investigations (HSI), within the Department of Homeland Security (DHS), since 2004. In my position, I have participated in multiple investigations involving the receipt, distribution and possession of child pornography in violation of Title 18, United States Code, Sections 2251 and 2252A. I have received specialized training in the area of child pornography and child exploitation, and I have had the opportunity to observe and review numerous images and videos of child pornography as defined in Title 18, United States Code, Section 2256.

2. I make this affidavit in support of a criminal complaint charging Joshua Sattora ("SATTORA") and Rebecca WOODIN ("WOODIN") with violations of Title 18, United States Code, Sections 2251(a) (Production of Child Pornography), 2252A(a)(2) (Distribution and Receipt of Child Pornography), and 2252A(a)(5) and (b)(2) (Possession of Child Pornography involving Prepubescent Minors).

3. The statements contained in this affidavit are based upon my investigation, information provided to me by other law enforcement personnel, and on my experience and training as a Special Agent of HSI.

4. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint, I have not included every fact known to

me concerning this investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause to believe that SATTORA and WOODIN knowingly violated Title 18, United States Code, Sections 2251(a), 2252A(a)(2), and 2252A(a)(5).

## BACKGROUND OF INVESTIGATION

5.      The National Center for Missing and Exploited Children's (NCMEC) CyberTipline is the nation's centralized reporting system for the online exploitation of children. The CyberTipline allows members of the public and electronic and internet service providers to make reports of suspected online and physical exploitation of children. NCMEC staff members review cybertips and develop information concerning the potential location for the incident. If a location for either the victim or suspect is identified, NCMEC staff forwards the cybertip to the appropriate law enforcement agency for follow up investigation.

6.      On or about April 2, 2018, NCMEC received a CyberTipline Report, which indicated that, on or about January 20, 2018, a Dropbox user with email address subarujuggalo585@gmail.com and IP address 172.101.241.181 was in possession of 31 images of child pornography.

7.      According to Charter Communications, on or about January 20, 2018, IP address 172.101.241.181 was registered to the following subscriber:

> EILEEN WILMONT
> 67 Dundee Dr.
> Rochester, NY  14626

2

8. According to Google, the email account subarujuggalo585@gmail.com was registered to the following subscriber:

> JOSHUA SATTORA
> Recovery email address: joshuasattora@email.com
> Phone: (XXX) XXX-0734

9. On or about September 20, 2019, the New York State Police (NYSP) obtained a warrant to search 67 Dundee Dr. NYSP executed that search warrant on or about September 21, 2019.

10. In the course of executing the search warrant on 67 Dundee Dr., NYSP seized (among other things) the following electronic devices:

   a. A Samsung cell phone. This cell phone contained numerous pornography webpages open in the phone's internet browser. The phone's contact list for "me" showed SATTORA. The email accounts joshuasattora@gmail.com and subarujuggalo585@gmail.com were linked to the phone.

   b. A Samsung Galaxy 7 cell phone. This cell phone contained a word document titled "Families_Play_Part 1_Complete," which is a story about incest between children and adults. There was also an adobe acrobat file titled "LITTLE CHERine-Book 01," which is a story about adult/child sexual conduct. In addition, there were 2,101 images and 205 videos located on the phone. The vast majority of those contained child pornography.

    c. An HP Pavilion laptop computer. The HP laptop contained approximately 1,500 images of child pornography. The laptop also had various profiles and credit card information in SATTORA's name saved to it.

    d. A Toshiba laptop that had approximately five videos and 235 images containing child pornography.

    e. A Compaq laptop computer that had approximately four images containing child pornography.

    f. A Samsung Galaxy S8 cell phone that had approximately 83 images and 157 videos containing child pornography. The phone number assigned to this cell phone is (XXX) XXX-0734. The Samsung Galaxy S8 bore an inscription that indiciated it was "Made in Korea.: According to Verizon Wireless, the subscriber for phone number (XXX) XXX-0734 is STEVEN SATTORA, 67 Dundee Drive. SATTORA told Investigators that STEVEN SATTORA was his uncle.

11. Each of these devices was reviewed by an NYSP Investigator with training and experience investigating crimes involving child pornography. I have not personally reviewed the images of child pornography contained on these device; I am relying on the Investigator's conclusion that they constitute child pornography, as defined by Title 18, United States Code, Section 2256(8).

12. SATTORA was interviewed by NYSP on September 21, 2019, and admitted that he lived at 67 Dundee Drive, specifically in the basement. SATTORA admitted that he

4

owned the Samsung Galaxy S8 cell phone referenced in Paragraph 10(f), above, provided the phone's password to Investigators, and told them that the phone number (XXX) XXX-0734 was his cell phone number. SATTORA also provided passwords to the other two cellphones listed in Paragraphs 10(a) and (b), above; the passwords were his birthday.

13. The Samsung Galaxy S8 cell phone referenced in Paragraph 10(f), above, also contained a series of text message conversations between SATTORA and individual listed as "Becca" with phone number (XXX) XXX-8663.

14. According to AT&T Wireless, at all times relevant to this complaint, the phone number (XXX) XXX-8663 belonged to the following subscriber:

> REBECCA WOODIN
> 72 Strathmore Dr.
> Rochester, NY 14616

15. In these text messages, SATTORA and WOODIN discussed their mutual interest in child pornography and their desire to have sexual contact with children in general and WOODIN's step daughter ("MINOR VICTIM 1"), in particular. At all times relevant to the complaint, MINOR VICTIM 1 was either five or six years old.

16. For example, the Samsung Galaxy S8 contained the following MMS/SMS conversations between WOODIN and SATTORA:

> **December 26, 2017**
>
> WOODIN:   Whatcha doing
>
> SATTORA:   Nothing
>
> SATTORA:   Lol

5

WOODIN: **sent image 536026539.jpg** Image depicts MINOR VICTIM 1 laying in a bathtub filled with water. MINOR VICTIM 1's entire body, including her vagina and breasts, and naked and exposed.

**sent image 536026542** Image depicts MINOR VICTIM 1 laying in the same bathtub. The picture is taken from her bellybutton to her knees. MINOR VICTIM 1's legs are spread, exposing her vagina.

Based on my training and experience, both images constitute child pornography, specifically a lascivious exhibition of the genitals, as defined by 18 U.S.C. § 2256.

SATTORA: Now that's mean

WOODIN: You were mean too

WOODIN: Plus you love it

WOODIN: I cant do that

SATTORA: I know

WOODIN: **sent image 536027073.jpg** Image depicts MINOR VICTIM 1 laying in a bathtub in water. The image was taken from just below the belly button and just above the knees; her legs are slightly spread exposing her vagina.

Based on my training and experience, this image constitutes child pornography, specifically a lascivious exhibition of the genitals, as defined by 18 U.S.C. § 2256.

SATTORA: OMG

WOODIN: Chubby now?

WOODIN: Not right now

WOODIN: But maybe soon

WOODIN: Trust me i want it

WOODIN: And i want to watch some vids with you

SATTORA: Well I have plenty

WOODIN: I know you do

**January 31, 2018**

WOODIN:   I want to see your cock sucked by a little mouth

WOODIN:   And you fill her up with cum

SATTORA:  I want like a 8-9 yr old with a perfect little bald pussy that I can just fill up till shes dripping with cum

WOODIN:   Yes and I want to play and watch


**February 19, 2018**

WOODIN:   She goes i changed my underwear this morning somehow i woke up with done (sic) on. Here they are she goes near her basket. I go i guess you took them off you must of got up to go to the bathroom

SATTORA:  Wow you gotta be careful

WOODIN:   She doesnt remember a thing

SATTORA:  I know but she might question if it keeps happening

WOODIN:   Yes i know. I havent done it like a year

WOODIN:   And she was snoring


**February 26, 2018**

WOODIN:   **sent image RenderedI.jpg** Image depicts MINOR VICTIM 1 bent over showing vagina

          Based on my training and experience, this image constitutes child pornography, specifically a lascivious exhibition of the genitals, as defined by 18 U.S.C. § 2256.

WOODIN:   **sent image 5413428994.jpg** Image depicts MINOR VICTIM 1 bent over showing vagina

7

|  |  |
|---|---|
|  | Based on my training and experience, this image constitutes child pornography, specifically a lascivious exhibition of the genitals, as defined by 18 U.S.C. § 2256. |
| SATTORA: | Fuck now I'm Getting excited at work cause I'm thinking about my cock sliding into [MINOR VICTIM 1's] little ass |
| WOODIN: | Id love to teach her how to play with herself. Then i could watch |

**March 2, 2018**

|  |  |
|---|---|
| SATTORA: | I might not be able to cum until I'm inside you cause that's what I have my mind set on |
| WOODIN: | **sent image FullSizeR.jpg** Vagina of a prepubescent female being held open by the fingers of and adult. |
|  | Based on my training and experience, this image constitutes child pornography, specifically a lascivious exhibition of the genitals, as defined by 18 U.S.C. § 2256. |
| WOODIN: | A little help |
| SATTORA: | And oh my every time I see her little clit I just want to suck on it and bury my tongue in her little hole |
| WOODIN: | It tastes so good |
| SATTORA: | I wish I could taste it my self |
| WOODIN: | Me too |
| WOODIN: | I have thought about that |
| SATTORA: | About what? |
| WOODIN: | You tasting it with me and rubbing your cock all over pussy |
| SATTORA: | That is only ever going to be a dream at least with [MINOR VICTIM 1] |
| WOODIN: | I know |

8

**April 2, 2018**

WOODIN:   **sent image 544412062.jpg** Image depicts a prepubescent white female (hereinafter "Minor 2") with her head laying on a pillow. This image does not meet the definition of child pornography.

WOODIN:   [Minor 2]

SATTORA:  Oh my

WOODIN:   Right

SATTORA:  She could be fun to play with

WOODIN:   Yes

SATTORA:  I want to see her

WOODIN:   Me too I mean I saw her when she was younger but I wasn't really looking in that way then

WOODIN:   No and now she has little boobies

SATTORA:  Lol well I hope so

WOODIN:   Lol


**July 29, 2018**

SATTORA:  Well I have something interesting in my possession now.

WOODIN:   What?

SATTORA:  **sent image Resized_20180728_145549_2649.jpeg** Image depicts a screen shot of a document entitled "The Pedophile's Handbook." There are images of prepubescent girls below the title (which do not constitute child pornography) and subtitle under these images, including "Pedophilia," "Children," and :Security."

WOODIN:   Wow

SATTORA:  Yeah goes into detail about everything from how to find a girl to how to groom her to making sure she stays quiet afterwards

9

| | |
|---|---|
| WOODIN: | Wow scary thoughts |
| SATTORA: | I need to really sit down and read it lol |
| WOODIN: | Wow<br>Lol |
| SATTORA: | What? I'll share |
| WOODIN: | Haha<br>Haha |
| SATTORA: | Fine I'll keep them all to myself and I won't share if your just gonna laugh at me |
| WOODIN: | I'm not |
| SATTORA: | Yeah that's what I thought cause I know you join me in having fun with a little toy |
| WOODIN: | [emojis] |
| SATTORA: | I know you would love to watch my hard cock slide into a tight little hole |

### August 13, 2018

| | |
|---|---|
| WOODIN: | I'm giving [MINOR VICTIM 1] a bath |
| SATTORA: | Cool |
| WOODIN: | Can I be a brat |
| SATTORA: | I guess |
| WOODIN: | You don't want me to I won't |
| SATTORA: | You can |
| WOODIN: | **sent image IMG.0959.jpg- The image depicts MINOR VICTIM 1 nude. She appears to be getting dressed inside a residence with white walls and a brown colored carpet. |
| SATTORA: | Mmmm |
| WOODIN: | Her body is changing |

10

SATTORA:   Yeah

WOODIN:   I'm so horny

SATTORA:   Lol

WOODIN:   Don't make fun lol

SATTORA:   I'm not cause your not the only one

WOODIN:   Lol

17. These text message conversations contained approximately 16 images that I have reviewed and that, based on my training and experience, constitute child pornography as defined by Title 18, United States Code, Section 2256(8). Each of these images was sent by WOODIN to SATTORA. In addition to the images described above, three additional images in the text conversations between WOODIN and SATTORA, based on my training and experience, meet the definition of child pornography under 18 U.S.C. § 2256 are described below:

   a. 07/13/18 at 09:56; 11 PM - IMG950637.png - The image depicts a pregnant prepubescent female wearing a mid-rift tank top, bikini underpants, and thigh high stockings;

   b. 07/13/18 at 10:39:26 PM - IMG950638.png- The image depicts a prepubescent female's vaginal area covered in what appears to be semen with the writing "now stay still. mommy wants to taste you.";

   c. 03/02/18 at 03:27:01 PM - IMG780 1 .jpg- The image depicts a nude adult female wearing a strap-on penis vaginally penetrating a nude prepubescent female.

18. On or about July 26, 2019, NYSP obtained a Search warrant for WOODIN's cellphone. Upon executing that search warrant, the cell phone was reviewed and it was confirmed that the number was (XXX) XXX-8663. However, there was no forensic evidence of the above-referenced conversations on WOODIN's phone because she had recently replaced her cell phone.

19. On or about August 14, 2019, NYSP interviewed WOODIN at her residence. After the interview, WOODIN signed a sworn declaration that stated the following: WOODIN admitted to covertly taking photos of the MINOR VICTIM 1 and texting them to SATTORA. WOODIN stated she sent them to SATTORA because she knew he wanted to have sexual contact with the MINOR VICTIM 1. WOODIN stated she sent the photos solely to satisfy the sexual fantasies of SATTORA.

20. On or about September 24, 2019, WOODIN voluntarily submitted to a polygraph examination. Prior to the examination, WOODIN was informed of and waived her *Miranda* rights. In the course of the examination, WOODIN admitted to taking photographs of MINOR VICTIM 1 when she was naked and changing and sending these pictures to SATTORA. WOODIN specifically admitted to sending SATTORA a close up picture of MINOR VICTIM 1's vagina, both opened and closed. WOODIN explained that these were not for her sexual purposes and she was only providing them to SATTORA for his sexual gratification. WOODIN continued to express that she did not sexually abuse the MINOR VICTIM 1 or touch her vagina other than hygiene manners when she was younger and in diapers.

21. Based upon the forgoing, the undersigned respectfully submits that there is probable cause to believe SATTORA and WOODIN knowingly produced, received, distributed, and possessed child pornography, including child pornography involving prepubescent minors, in violation of Title 18, United States Code, Sections 2251(a), 2252A(a)(2)(A), and 2252A(a)(5)(B) and (b)(2).

_____
Ryan W. Green
Special Agent
Homeland Security Investigations

Sworn to and subscribed before
me this 27 day of January, 2020.

_____
HON. MARIAN W. PAYSON
United States Magistrate Judge

13